Christina Marie PEREZ,
a minor child, by and through
her guardian ad litem Julie Yon
and Julie Yon, individually,
*Appellants,*

*v.*

BAY AREA HOSPITAL,
Pat Perry Stadden,
Children's Services Division
and Alan Nickerson,
*Respondents,*

*and*

DOES 1-20,
*Defendants.*

(89 CV 0685; CA A66877)

836 P2d 1358

W. V. Deatherage, Robert E. Bluth and Frohnmayer, Deatherage, Pratt, Jamieson & Turner, P.C., Medford, for petition.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Buttler, P. J., dissenting.

**BUTTLER, P. J.,** dissenting.

Because I would allow Bay Area Hospital's petition for reconsideration for the reasons stated in my dissent in *Mann v. Dept of Transportation*, 114 Or App 562, 836 P2d 1353 (1992), I dissent from the majority's denial of the petition.

I would withdraw our decision and affirm the trial court's dismissal of the child's negligence claim.